MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5589
Facsimile:  (408) 535-5066
Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00828 DLJ |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING DATE |
| v. ) | |
| MARIA GUADALUPE MARTINEZ-ALCALA, ) | |
| Defendant. ) | |

**STIPULATION**

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Maria Guadalupe Martinez-Alcala, by and through Assistant Federal Public Defender Cynthia Lie, hereby stipulate that the sentencing hearing currently set for Thursday, April 25, 2013, at 10:00 a.m., may be continued to Thursday, May 16, 2013, at 10:00 a.m.  The continuance is requested to facilitate completion of the presentence investigation.
//

1     The United States Probation Office has been consulted as to the proposed continuance
2 and has no objection.

4 Dated: March 27, 2013                        /s/
                                                     MEREDITH J. EDWARDS
5                                                      Special Assistant United States Attorney

7 Dated: March 27, 2013                        /s/
                                                     CYNTHIA LIE
8                                                      Assistant Federal Public Defender

27 //
28 //

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently set for Thursday, April 25, 2013, at 10:00 a.m., shall be continued to Thursday, May 16, 2013, at 10:00 a.m.

IT IS SO ORDERED.

DATED: _____                              _____
                                                  THE HONORABLE D. LOWELL JENSEN
                                                  United States District Judge