1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MEREDITH J. EDWARDS (CABN 279301)
   Special Assistant United States Attorney
5
       150 Almaden Boulevard
6      San Jose, California 95113
       Telephone: (408) 535-5589
7      Facsimile:  (408) 535-5066
       Email: meredith.edwards@usdoj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,           )   No. CR 10-00828 DLJ
                                        )
15        Plaintiff,                    )   STIPULATION AND [PROPOSED]
                                        )   ORDER RESCHEDULING HEARING
16     v.                               )   DATE
                                        )
17  MARIA GUADALUPE MARTINEZ-           )
    ALCALA,                             )
18                                      )
          Defendant.                    )
19                                      )
                                        )
20  _____)

21

22                           **STIPULATION**

23      The United States, by and through Special Assistant United States Attorney Meredith J.

24  Edwards, and defendant Maria Guadalupe Martinez-Alcala, by and through Assistant Federal

25  Public Defender Cynthia Lie, hereby stipulate that, with the Court's approval, the sentencing

26  hearing currently set for Thursday, May 16, 2013, at 10:00 a.m., be vacated and rescheduled for

27  Thursday, June 6, 2013, at 10:00 a.m.

28     //

                                          1

1   The continuance is requested on behalf of government counsel, who will be in trial on
2   May 16, 2013, and therefore unavailable for the sentencing hearing.
3   The United States Probation Office has been consulted as to the proposed continuance
4   and has no objection.

6   Dated: May 13, 2013                               /s/
                                                      MEREDITH J. EDWARDS
7                                                     Special Assistant United States Attorney

9   Dated: May 13, 2013                               /s/
                                                      CYNTHIA LIE
10                                                    Assistant Federal Public Defender

26  //
27  //
28  //

2

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently set for Thursday, May 16, 2013, at 10:00 a.m., shall be continued to Thursday, June 6, 2013, at 10:00 a.m.
FH

IT IS SO ORDERED.

DATED: Í Ð Í ÐH

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge

3